UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RAMIREZ GODINEZ (A-243-007-434),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-05584-DC-AC (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. No. 12) |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (Doc. No. 12.) On August 23, 2026, Respondents filed objections to the findings and recommendations, merely stating that they object "for the reasons stated in their responsive papers." (Doc. No. 13.) However, those arguments were addressed and rejected by the magistrate judge in this case and the Ninth Circuit in *Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026). *See Rodriguez Vazquez*, No. 25-6842, 2026 WL 2196424, at *3 (holding that "aliens present without

admission who are apprehended in the interior of the United States are subject to the detention regime of [8 U.S.C.] § 1226, not [8 U.S.C.] § 1225(b)(2)(A)”). Thus, Respondents’ objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 21, 2026 (Doc. No. 12), are ADOPTED;

2. Petitioner Mario Ramirez Godinez’s (A-243-007-434) petition for a writ of habeas corpus (Doc. No. 1) is GRANTED, as follows:

    a. Respondents shall IMMEDIATELY RELEASE Petitioner. At the time of release, Respondents must return all of Petitioner’s documents and possessions;

    a. Respondents shall not impose any restriction on Petitioner unless it is determined to be necessary at a future pre-deprivation/custody hearing;

    b. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner unless Respondents provide at least seven (7) days’ written notice to Petitioner and hold a pre-deprivation bond hearing before a neutral decision maker, at which hearing Respondents will bear the burden of demonstrating that Petitioner is a flight risk or danger to the community and Petitioner’s eligibility for bond must be considered;

3. The order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

4. Within three (3) days of the date of entry of this order, Respondents shall file a notice of compliance confirming Petitioner’s release from custody;

5. The Clerk of the Court is directed to serve California City Immigration Processing Center with a copy of this order; and

6. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 25, 2026**

Dena Coggins
United States District Judge